# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Grinnell Mutual Reinsurance Company, an Iowa Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | |
| McKenzie County Grazing Association, a North Dakota Cooperative, and Dennis Bingeman, | ) ) ) ) | Case No. 4:07-cv-105 |
| Defendant. | ) | |

Before the Court is a "Stipulation for Dismissal" filed on April 8, 2008.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 16) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court